UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| KELLI FIELDS, | : | NO. 1:09-CV-00273 |
| Plaintiff, | : |  |
| vs. | : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | : |  |
| Defendant. | : |  |

    This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 33), to which there were no objections.  The Magistrate Judge reviewed each of Plaintiff's assignments of error, and concluded the ALJ's finding of non-disability was supported by substantial evidence.

    Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections have been filed.

    Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.  Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report

and Recommendation in all respects (doc. 33), AFFIRMS the decision of the Commissioner denying Plaintiff's DIB and SSI applications, and closes this matter on the docket of the Court.

       SO ORDERED.


DATED: January 17, 2013   <u>s/S. Arthur Spiegel</u>
                                   S. Arthur Spiegel
                                   United States Senior District Judge